# FORM FOR USE IN APPLICATIONS
# FOR HABEAS CORPUS UNDER 28 U.S.C. § 2254

Name: Clinton James Pearson Jr.

Prison Number: 155534

RECEIVED
2007 AUG 22 P 2:42
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Place of Confinement: St. Clair Corr Faci

United States District Court: Middle       District of: AL

Case No.: 2:07cv748-MHT
(To be supplied by Clerk of U. S. District Court)

Clinton James Pearson, PETITIONER
(Full Name) (Include name under which you were convicted)

Archie Garrette, RESPONDENT
(Name of Warden, Superintendent, Jailor, or authorized person having custody of Petitioner)

and

THE ATTORNEY GENERAL OF THE STATE OF AL

Archie Garrette, ADDITIONAL RESPONDENT.

(if petitioner is attacking a judgement which imposed a sentence to be served in the <u>future</u>, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the <u>future</u> under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. §2255, in the federal court which entered the judgment.)

## PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

### INSTRUCTIONS--READ CAREFULLY

(1) This petition must be legibly handwritten or typewritten and signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

N955

The Judicial Conference of the United States has adopted, effective 1/1/83, the 8½ x 11 inch paper size standard for use throughout the federal judiciary and directed the elimination of the use of legal size paper. All pleadings, etc. filed after 12/31/82 must be on 8½ x 11 inch paper, otherwise we cannot accept them.

(2) Additional pages are not permitted except with respect to the <u>facts</u> which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed <u>in forma pauperis</u>, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor. If you wish to proceed <u>in forma pauperis</u>, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition if fully completed, <u>the original and two copies * must be mailed to the Clerk of the United States District Court whose address is:</u>

P.O. Box 711<br>Montgomery, Alabama 36101

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

**\*If you are proceeding <u>in forma pauperis</u>, only the original petition needs to be filed with the Court.**

## PETITION

1. Name and location of court which entered the judgment of conviction under attack _District_

2. Date of judgment of conviction _7/3/97_

3. Length of sentence _5 years_ Sentencing Judge _Greenhaw_

4. Nature of offense or offenses for which you were convicted: _Attemp Burglery, three (3) counts of Robbery First Degree_

5. What was your plea? (check one)
   (a) Not guilty ( )
   (b) Guilty (✓)
   (c) Nolo contendere ( )
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: _____

6. Kind of trial: (Check one)
   (a) Jury ( )
   (b) Judge only (✓)

7. Did you testify at the trial? Yes ( )   No (✓)

8. Did you appeal from the judgment of conviction?   Yes ( )   No (✓)

9. If you did appeal, answer the following:
   (a) Name of court _____
   (b) Result _____
   (c) Date of result _____
   If you filed a second appeal or filed a petition for certeorari in the Supreme Court, give details: _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?   Yes ( )   No (✓)

11. If your answer to 10 was "yes", give the following information:
    (a) (1) Name of court _____
        (2) Nature of proceeding _____
        (3) Grounds raised _____
        
        (4) Did you receive an evidentiary hearing on your petition, application or motion?  Yes ( )   No (✓)
        (5) Result _____
        (6) Date of result _____

(b) As to any second petition, application or motion give the same information:
    (1) Name of court _____
    (2) Nature of proceeding _____

    (3) Grounds raised _____

    (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( )  No (✓)
    (5) Result _____
    (6) Date of result _____
(c) As to any third petition, application or motion, give the same information:
    (1) Name of Court _____
    (2) Nature of proceeding _____

    (3) Grounds raised _____

    (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( )  No ( )
    (5) Result _____
    (6) Date of result _____
(d) Did you appeal to the highest state court having jurisdiction the result of any action taken on any petition, application or motion:
    (1) First petition, etc.    Yes ( )  No (✓)
    (2) Second petition, etc.    Yes ( )  No (✓)
    (3) Third petition, etc.    Yes ( )  No (✓)
(e) If you did <u>not</u> appeal from the adverse action on any petition, application or motion, explain briefly why you did not: _Fact were not Kown at time of trail_

## Ground I

Petitioner is being held long after sentences or sentence has expired

Petit was sentenced to (5) Five years first and 18 months later sentenced to (3) three Like sentenced ½ sentences to run concurrent with one another and any and all other sentences or sentence, I should have have done no more the five years and been released, End of sentences or sentence Eyes are open

## Ground II

The antiterrorist is unconstitutional according to the 6th and 14th amendments I have the right to an appeal, can't be barred, I see light

## Ground III

Filing under new discovered evidence under grounds I, II, III and IV and V a bite of the apple

## Ground IV

I own said businesses that were supposed to have been robbed, Light house Under the 5th amendments if I can't afford an attorney I am entitled to an attorney I want an attorney, The stars shine

(f) In any post-conviction proceeding _____

(g) On appeal from any adverse ruling in a post-conviction proceeding: _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    Yes (✓)    No ( )

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ( )    No (✓)

    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    (b) And give date and length of sentence to be served in the future: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
        Yes ( )    No (✓)

    Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on __Aug-18-2007__.
                                                                    (date)

_____
Signature of Petitioner



Clinton J. Leonard
155536 E-1-26
1000 St. Clair Rd
Springville, AL 35146

To the Clerk
P.O. Box 711
Montgomery, AL
36101

Legalmail

From an Alabama
have not
Depart
for the