Now comes the petitioner with good cause and reason to address the court as follows, The court fails to address any of the grounds in second petition.

The court also fails to address any and all the grounds before the court and further violates petitioner constitutional right by denying petitioner a trial or appeal, Petitioner Petition speaks for its self. Case should be dismissed in favor of Petitioner

Respectfully submitted

Clinton Pearsall

case number
2:07cv748

RECEIVED
2007 AUG 31 A 9:26
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Clint J. Penn Jr.
15553a E-1-20
1000 St Clair rd
6 Springville, Al 35146

597/

Office of the Clerk
P.O. Box 711
Mont, Al 36102