Now comes the petitioner with good cause and reason before the court to let it be known the petitioner constitutional right were violated as follows, the petitioner rights were violated, petition object to the the court not granted a trail one and denial of a appeal. Petitioner first petition was denied, New evidence was discovered the petitioner owns said businesses that were robbed and more reason the antiterrorist act was unconstitution was illegal according to the 6th and fourteen 14th amendments court fail to follow protocall of rules of the court

done on this 5th day of Sept. 2007

Respectfully submitted

[signature]

RECEIVED
2007 SEP 10 A 9:35
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA



Vintry Penry
155534 E-20
1000 St. Clair rd
Springville, al 35146

To the clerk
P.O. Box 711
Montgomery, al 36102

**This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for substance or content of the enclosed communication.**

FOR LEGAL PURPOSES ONLY